**THERESE S. HARRIS (SBN 246711)**
THERESE HARRIS LAW OFFICES
935 R<small>IVERSIDE DRIVE, SUITE</small> 7B
P<small>ASO</small> R<small>OBLES</small>, CA 93446
Telephone: 805-369-2053
Facsimile:   805-715-7824
tharris@tharrislawoffice.com

Attorney for Plaintiff, PARTICK SIU

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SIU, an individual,<br><br>　　　　　　　Plaintiff,<br>　　　and<br>MACY'S CREDIT AND CUSTOMER SERVICES, INC. AKA MACY'S/DSNB AKA DEPARTMENT STORES NATIONAL BANK/MACY'S and DOES 1 through 10 inclusive,<br><br>　　　　　　　Defendants. | CASE NO: 2:15-cv-02444-WBS-EFB<br><br>ORDER GRANTING REQUEST TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE |

　　　　Based on the Stipulation and Request to Dismiss Entire Action Without Prejudice filed in this action, the above-captioned action is dismissed without prejudice.  Each party is to bear their own attorney's fees and costs.

**IT IS SO ORDERED**:

Dated:  May 27, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE